UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CASE NO. 09-20582-6
                            HON. PATRICK J. DUGGAN
      Plaintiff,

vs.

ANTHONY RICHARD,

      Defendant.
_____/

## ORDER MODIFYING CONDITIONS OF BOND

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on December 7, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

On December 7, 2010, Defendant appeared before this Court for entry of a guilty plea. Based on information received by the Court at the hearing, it appear that the bond should be continued but the requirement for the defendant to wear a tether is no longer necessary. Therefore,

**IT IS ORDERED** that's the bond in this case be modified to remove the tether requirement.

                                          s/PATRICK J. DUGGAN
                                          UNITED STATES DISTRICT JUDGE

Copies to:
Regina McCullough, A.U.S.A.
Christopher Seikaly